**Eugene CARRINGTON, Appellant,**

v.

**UNITED PARCEL SERVICE, INC.,
and Division of Employment
Security, Respondents.**

**No. ED 102073**

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: June 23, 2015

Eugene Carrington, Acting Pro Se, P.O. Box 2291 Florissant, MO 63032, for Appellant

Christine K. Lesicko, 421 East Dunklin St., P.O. Box 59, Jefferson City, MO 65104, for Respondent

United Parcel Service, Inc., C/O UC Express, Respondent Acting Pro Se, P.O. Box 283, St. Louis, MO 63166

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

***ORDER***

PER CURIAM.

Eugene Carrington ("Claimant") appeals the decision of the Labor and Industrial Relations Commission denying him unemployment benefits. We find the Commission did not err in denying Claimant unemployment benefits.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our deci-

sion. The decision of the Commission is affirmed under Rule 84.16(b).